# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LATONYA WADDELL, ET AL., ) | |
| Plaintiffs, ) | |
| v. ) | Civil No. 3:18-cv-00703 |
| ) | Judge Trauger |
| STATE OF TENNESSEE, ET AL., ) | |
| Defendants. ) | |

## ORDER

On May 28, 2019, the magistrate judge issued a Report and Recommendation (Docket No. 9), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 17th day of June 2019.

_____
ALETA A. TRAUGER
U.S. District Judge